Local PLRA Complaint Packet                                                                                      Rev. 5/1/13

**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA**

Ricky Olson
_____

[NOTE: Enter the FULL name and inmate number of each **Plaintiff**]

vs.                                                                                      **COMPLAINT**

Cass County Sherriff
And Three Deputy Sherriffs
_____
_____
_____

[NOTE: Enter the FULL name of each **Defendant**]

I.  **Previous Lawsuits:**
    [NOTE: If there is more than one plaintiff, attach a separate sheet with the information in part I and II below for EACH plaintiff.]

    A.  Have you begun other lawsuits in state or federal court dealing with the <u>same facts</u> involved in this action or have you filed any other lawsuits relating to your imprisonment? Yes ☐ No ☒

    B.  If your answer to A is Yes, please answer questions 1 through 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiffs    _____
                         _____

            Defendants   _____
                         _____

        2.  Court : _____
            [NOTE: for federal court lawsuits, name the district and for state court lawsuits, name the county]

        3.  Case Number: _____

        4.  Name of judge to whom lawsuit was assigned: _____

        5.  Disposition of lawsuit, if known: _____
            [NOTE: for example, was the lawsuit dismissed, appealed, or still pending]

Local PLRA Complaint Packet                                                                 Rev. 5/1/13

      6.     Approximate date lawsuit was filed: _____

      7.     Approximate date lawsuit ended: _____

## II. Place of Present Confinement: _____

    A.     Is there a prisoner grievance procedure in this institution? Yes ❏  No ❏

    B.     Did you present the facts relating to your complaint to the institution's prisoner grievance procedure? Yes ❏  No ❏

    C.     If your answer is YES,
          1.     What steps did you take?
              _____
              _____

          2.     What was the result?
              _____
              _____
              _____

    D.     If your answer is NO, explain why not:
          _____
          _____
          _____

    E.     If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ❏  No ❏

    F.     If your answer is YES,
          1.     What steps did you take?
              _____
              _____
              _____

          2.     What was the result?
              _____
              _____
              _____

Local PLRA Complaint Packet                                                                 Rev. 5/1/13

## III. Parties

[NOTE: In item A below, enter your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, on line B, if any.]

A. Name of plaintiff: Ricky A Olson

   Address: Cass County Jail 450 34th St S. Fargo ND 58103

B. Additional plaintiffs:

[NOTE: In items C-F below, enter the full name of the defendant in the first blank, defendant's official position in the second blank, whether you are suing defendant in both official and individual capacity in third blank and defendant's place of employment in the fourth blank.]

C. Name of Defendant #1: Cass County Sheriff & Medical Staff

   Official Position: Sheriff & Medical Staff

   If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?   Yes ☒  No ☐

   If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ☒  No ☐

   Place of Employment: Sheriff of Cass County

D. Name of Defendant #2: Nursing Staff of Cass County

   Official Position: Head Nurse

   If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?   Yes ☒  No ☐

   If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ☒  No ☐

   Place of Employment: Cass County Jail

E. Name of Defendant #3: All of Med Staff

   Official Position: Nurse's

   If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?   Yes ☒  No ☐

Local PLRA Complaint Packet                                                                              Rev. 5/1/13

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ☒   No ☐

Place of Employment: _____

F.   Name of Defendant #4: _____

Official Position: _____

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?   Yes ☐   No ☐

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ☐   No ☐

Place of Employment: _____

G.   Additional Defendants :   Use a separate sheet of paper. Write the heading **PART II CONTINUED** at the top of that sheet. For each additional defendant list:
　　　Name
　　　Official Position
　　　Suing in Official and/or Individual Capacity
　　　Place of Employment

## IV.   Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C.§1343(a)(3). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

Local PLRA Complaint Packet                                                                                         Rev. 5/1/13

## V. Statement of Claim

A. Claim No. 1: [NOTE: State here as briefly as possible the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☒  No ☐  If yes, please describe.

I came back from court, Hand Cuffed and Shelled only to have three of Sheriff's deputy slam my head into corner of wall cracking my head open till you could see brain matter, and not Taking me to hospital, And then Locking me Down for months without help, even after Trying to get nurses to help she said to me They wont let me help you, I have ringing in my head still, I have Broken nose, and cant see to good Anymore

B. Claim No. 2: [NOTE: State here as briefly as possible the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☒  No ☐  If yes, please describe.

Not sure of there names, I still held in the hole months Later on a mistermeaner with bail thats impossible

Local PLRA Complaint Packet                                                                 Rev. 5/1/13

C.  Claim No. 3: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☒ No ☐ If yes, please describe.

Denieing medical treatment is very documently

D.  Claim No. 4: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☐ No ☐ If yes, please describe.

Local PLRA Complaint Packet                                                                 Rev.5/1/13

E.   Additional Claims:   Attach an extra sheet <u>if necessary</u>, and write the heading **PART V CONTINUED** at the top of that sheet

## VI. Relief

[NOTE: State briefly <u>exactly what you want the Court to do for you.</u>]

Being able to go to hospitil and 1.5 million dollars for continued medical Attention and Libitity

## VII. Signature(s) of Plaintiff(s)

Signed this  15  day of  September , 20 23 .

*(Signature of Plaintiff)*

Signatures of additional plaintiffs, if any: